# Court of Appeals
# of the State of Georgia

ATLANTA,  August 11, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1232. ROBERT JAY DAVIS v. DAVID MINCEY et al.**

This appeal was reinstated by this Court on June 27, 2023, and Appellant was ordered to file his brief and enumeration of errors by July 18, 2023. As of the date of this order, Appellant has not filed a brief and enumeration of errors and has not requested an extension of time in which to do so.  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  08/11/2023*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*